UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELLE C. FIGUEROA BRADLEY, ) | Case No. ED CV 07-1660-PJW |
| ) | |
| Plaintiff, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and the action is dismissed with prejudice.

DATED:    6/25/09   .

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\BRADLEY, A 1660\Judgment.wpd